IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JIM A. ROSE,

              Plaintiff,        Civil No. 07-199 ST

     v.                            JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

    Based on the record, and the stipulation of the parties, IT IS ORDERED AND ADJUDGED this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the stipulation of the parties and the Order for Remand dated January 2, 2008.

    Dated this 3rd day of January, 2008.

                                              /s/ James A. Redden
                                             JAMES A. REDDEN,
                                             United States District Judge

1 - JUDGMENT