WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 APR 01 11:41USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JIM ROSE**,                                                                 CV # 07-199-ST

    Plaintiff,

vs.                                                                                    ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $5,800.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 1st day of April, 2008.

_____
United States District / ~~Magistrate~~ Judge

Submitted on March 28, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1