WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '09 AUG 04 15:28 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JIM ROSE,**<br>　　　Plaintiff, | CV 07-199-ST |
| vs. | ORDER |
| **COMMISSIONER of Social Security,**<br>　　　Defendant. | |

　　　　Reasonable attorney fees in the amount of $10,405.17 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b).  Previously, this court awarded $5,800.00 pursuant to the

Equal Access to Justice Act (EAJA).  From the § 406(b) award, Plaintiff's attorney may retain an

additional $4,605.17 above the amount already received for EAJA fees.  The court understands that

the agency already has sent to Plaintiff's attorney $5,217.00 (for payment of an administrative fee

which the attorney does not wish to charge).  Plaintiff's attorney may charge and receive $4,522.17

(the net § 406(b) fee award of $4,605.17 minus the agency's $83 processing fee) from these funds

currently being held in his IOLTA trust account, and shall refund the remainder to Plaintiff.

　　　　DATED this 4 day of August , 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge

Presented by: s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1